

--Select Destination--

Case.net  |  Courts Home  |  My Account  |  eFiling Info

**log out brucemoothart - 45517**

**File on Existing Case Confirmation**

Thank you for your submission on **6/8/17 at 2:49 PM**. Below is important information regarding this submission. You will receive e-mails from the eFiling System regarding the status of your submission. This page is printer friendly.

If you need to contact the clerk about this submission or if you need to submit another filing and you do not have the case number, please use the following.

**eFiling Confirmation Number:** EF9940507

The following information and documents were submitted with this filing.

**Filer Reference Number:** 45517

**No filing fee or payment information on this filing.**

*Case*

**Court Case Number:** 17SL-CC01552

**Court Case Description:** RIPAL PATEL V LM GENERAL INS CO

Breach of Contract filed in St Louis County - Circuit Court

**Notes to Clerk:** None entered by filer

*Document*

**Notice of/to - Notice (other)**
Notice of Filing Notice of Removal
  **Attachments**
  Exhibit A - Notice of Removal and Jury Demand
  Electronic Filing Certificate of Service

**Filed on behalf of:**  LM GENERAL INS CO

*eService*

| Party | Service E-mail Address |
|---|---|
| DAVID C. KNIERIEM, Attorney for Plaintiff | attorneydavek@cs.com |

EFILING MENU

EXHIBIT B

eFiling Version 1.3.11.1                                                                         Released 03/02/2017

EXHIBIT B