UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RIPAL PATEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No.   4:17-CV-1639-SPM |
| | ) |
| LM GENERAL INSURANCE CO., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter is before the court on its own motion. I have determined that I should not preside in this case because of a conflict of interest or an appearance of impropriety.

The Clerk of the District Court is hereby directed to refer this case to another judge by random selection.

SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 24th day of July, 2017.