UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RIPAL PATEL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:17CV1639 RLW |
| ) | |
| LM GENERAL INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

# ORDER

On July 24, 2017, an Order was entered by Magistrate Judge Shirley Mensah recusing herself in the above styled cause.

**IT IS THEREFORE ORDERED** that the above styled cause be reassigned to District Judge Ronnie L. White.

GREGORY J. LINHARES
CLERK OF COURT

July 24, 2017
DATE

By:   /s/ Andrea Luisetti, Deputy Clerk

**Please make note of the new case number 4:17CV1639 RLW.**