# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RIPAL PATEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17-CV-1639-RLW |
| ) | |
| LM GENERAL INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that LM General Insurance Company's Motion for Summary Judgment (ECF No. 14) is **GRANTED**. Plaintiff's claims are **DISMISSED** with prejudice.

Dated this 2nd day of May, 2018.

_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE